UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREDERIC D. CHAPMAN,          )<br>)<br>Plaintiff          )<br>)<br>vs.          )<br>)<br>DONALD H. RUMSFELD,          )<br>Secretary, Department of Defense,          )<br>)<br>Defendant          ) | Case No. 2:02-cv-02765-WMA |

## MEMORANDUM OPINION

On May 2, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  No objections to the magistrate judge's report and recommendation have been filed by plaintiff, any personal representative of plaintiff's estate or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that this action dismissed with prejudice pursuant to Rule 25(a)(1), Fed.R.Civ.P.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 20th day of May, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE